No. A–951 (79–1763). CHLORINE INSTITUTE, INC., ET AL. *v.* OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION ET AL. Application for stay of mandate of the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE POWELL, and by him referred to the Court, granted except as to the employers' obligation to provide respirators to employees exposed to chlorine concentrations in excess of 1 ppm, pending disposition of the petition for writ of certiorari.

No. 79–6353. SIMON *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT;

No. 79–6392. SIMON *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT;

No. 79–6399. DELESPINE *v.* UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT; and

No. 79–6465. PAUL *v.* HERMANSDORFER, U. S. DISTRICT JUDGE. Motions for leave to file petitions for writs of mandamus denied.

No. 79–1645. CANTER *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL. (UNITED STATES, REAL PARTY IN INTEREST). Motion for leave to file petition for writ of mandamus and/or other relief denied.

No. 79–1320. KASSEL, DIRECTOR OF TRANSPORTATION, ET AL. *v.* CONSOLIDATED FREIGHTWAYS CORPORATION OF DELAWARE. Appeal from C. A. 8th Cir. Probable jurisdiction noted. ■

No. 79–5269. EDWARDS *v.* ARIZONA. Sup. Ct. Ariz. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition. ■